IN RE: Catherine Denise RANDOLPH,
Petitioner.

No. 17-1015

United States Court of Appeals,
Fourth Circuit.

Submitted: February 16, 2017

Decided: February 22, 2017

Catherine Denise Randolph, Petitioner
Pro Se.

Before GREGORY, Chief Judge,
DUNCAN, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Catherine Denise Randolph appeals the
district court's order returning her com-
plaint because it was not in compliance
with the prefiling injunction. We have re-
viewed the record and find no reversible
error. Accordingly, we deny leave to pro-
ceed in forma pauperis and dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

DISMISSED